IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS GOLUBINSKI, derivatively on behalf of Nominal Defendant NOVAVAX, INC., | § § § § | No. 430, 2022 |
| Plaintiff Below, Appellant, | § § | |
| v. | § § | Court Below:  Court of Chancery of the State of Delaware |
| RICHARD H. DOUGLAS, STANLEY C. ERCK, GARY C. EVANS, GREGORY M. GLENN, JOHN A. HERRMANN III, RACHEL K. KING, MICHAEL A. McMANUS, JR., RAJIV I. MODI, DAVID M. MOTT, BRIAN ROSEN, JOHN J. TRIZZINO, and JAMES F. YOUNG, | § § § § § § § § § | C.A. No. 2021-0172 |
| Defendants Below, Appellees, | § § | |
| and | § § | |
| NOVAVAX, INC., | § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted:  May 17, 2023
Decided:     June 8, 2023

Before **SEITZ**, Chief Justice, **VALIHURA**, and **TRAYNOR**, Justices.

This 8th day of June 2023, having considered this matter on the briefs of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Transcript Ruling dated October 18, 2022, and its Order Regarding Plaintiff's Motion for an Award of Attorneys' Fees and Expenses and a Service Award dated October 18, 2022;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be and same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice